1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES REYNA,

          Petitioner,

    v.

DEBRA DEXTER, Warden,

          Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 07-5487 JVS(JC)

ORDER GOVERNING PROCEEDINGS INVOLVING PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

17

18

19

20

    On August 22, 2007, petitioner James Reyna ("petitioner"), a prisoner in state custody, who is represented by counsel, filed a federal petition for writ of habeas corpus (the "Petition"). Petitioner challenges a conviction sustained in the Los Angeles County Superior Court.

21

22

    To facilitate the just, speedy, and inexpensive determination of this action, IT IS HEREBY ORDERED:

23

24

25

26

27

    1.    The Clerk of this Court shall promptly serve (a) a copy of the Petition and a copy of this Order on respondent and on the Attorney General for the State of California, or his authorized agent; and (b) a copy of this Order on petitioner's counsel. The Clerk shall also ensure that petitioner's counsel's address, reflected on page 8 of the petition is reflected on the docket.

28

    2.    Within fourteen (14) days, respondent shall file and serve a

1

Dockets.Justia.com

1  notice of appearance, notifying the court of the name of the attorney who will have

2  primary responsibility for this case, together with the address where the attorney

3  may be served, the attorney's e-mail address, and the attorney's telephone and

4  facsimile numbers.

5          3.      If respondent contends that the Petition can be decided without the

6  Court reaching the merits of petitioner's claims (e.g., because respondent contends

7  that petitioner is unable to satisfy the "in custody" requirement, that petitioner has

8  failed to exhaust any state remedies as to any ground for relief alleged in the

9  Petition, or that the Petition is barred by the applicable statute of limitations),

10  respondent shall serve and file a Motion to Dismiss within thirty (30) days of the

11  date of this Order.  The Motion to Dismiss shall not address the merits of

12  petitioner's claims, but rather shall be confined to the basis for respondent's

13  contention that the Court should dismiss the Petition without reaching the merits

14  of petitioner's claims.  At the time respondent files the Motion to Dismiss,

15  respondent shall lodge with the Court all records bearing on respondent's

16  contentions therein.

17          4.      If respondent files a Motion to Dismiss, petitioner shall have twenty

18  (20) days from the date of service to file and serve any opposition to the Motion.

19  At the time the opposition is filed, petitioner shall lodge with the Court any

20  records not lodged by respondent which petitioner believes may be relevant to the

21  Court's determination of the Motion.

22          5.      Respondent shall have seven (7) days from the date of service to file

23  and serve any reply to petitioner's opposition to a Motion to Dismiss.  If the

24  Motion is denied, the Court will afford respondent adequate time to answer

25  petitioner's claims on the merits.

26          6.      If respondent contends that the Court must reach the merits of

27  petitioner's claims to adjudicate the Petition, then respondent shall serve and file

28  an Answer to Petition within forty-five (45) days of the date of this Order.  At the

1  time the Answer is filed, respondent shall lodge with the Court all records bearing

2  on the merits of petitioner's claims, including the briefs specified in Rule 5(d) of

3  the Rules Governing Section 2254 Cases in the United States District Courts.  The

4  Answer shall also specifically address the necessity for an evidentiary hearing to

5  resolve any issue.

6          7.      Petitioner shall have thirty (30) days from the date the Answer is

7  served to file and serve any Reply responding to matters raised in the Answer.

8  The Reply shall (a) state whether petitioner admits or denies each allegation of

9  fact contained in the Answer; (b) respond only to facts or arguments raised in the

10  Answer; and (c) raise no new grounds for relief that were not asserted in the

11  Petition.  The Court will not consider grounds for relief withheld until the Reply

12  unless leave to amend the Petition has been granted.  No Reply shall exceed

13  twenty-five (25) pages in length absent advance leave of Court for good cause

14  shown.

15          8.      A request by a party for an extension of time within which to file any

16  of the pleadings required hereunder will be granted only upon a showing of good

17  cause, and should be made in advance of the due date of the pleading.  Any such

18  request shall be accompanied by a declaration explaining the need for an extension

19  of time, as well as a proposed form of order granting the requested extension.

20          9.      Unless otherwise ordered by the Court, this case shall be deemed

21  submitted on the date following the date respondent's Reply to petitioner's

22  Opposition to a Motion to Dismiss and/or Reply to respondent's Answer is due.

23          10.     Every document submitted to the Court must include a "proof of

24  service" stating, under penalties of perjury, that a copy of such document was

25  served on opposing counsel (or on the opposing party, if such party is not

26  //

27  //

28  //

1   represented by counsel).  Any document submitted to the Court without a proof of

2   service may be returned to the submitting party without consideration by the

3   Court.

4            IT IS SO ORDERED.

5

    DATED: August 27, 2007                          /s/

6                                      Honorable Jacqueline Chooljian
                                       UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28